**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7453**

─────────

ERIC D. SAUNDERS,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-99-1644)

─────────

Submitted:  January 20, 2000          Decided:  January 28, 2000

─────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Eric D. Saunders, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric D. Saunders seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). Although this was a successive petition, the district court denied relief on the merits. Because Saunders did not obtain authorization from this court to file the petition in the district court, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C.A. § 2244 (West 1994 & Supp. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED